UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 20-05709-LVV
Chapter 7

JASON JEROME ASA

_____ Debtor(s)          /

## MOTION FOR EXTENSION OF TIME TO
## FILE COMPLAINT OBJECTING TO DISCHARGE

Arvind Mahendru, Trustee, moves this Court to enter its order extending the time for the Trustee to file a complaint objecting to discharge and in support says:

1. JASON JEROME ASA, debtor (herein "Debtor"), filed this case under chapter 7 on October 9, 2020.

2. The 341 meeting of creditors was originally scheduled for November 10, 2020. The Debtor and Debtor Attorney appeared at the scheduled meeting and and at the continued 341 meeting of creditors.

3. The deadline for filing a Complaint Objecting to Discharge is January 9, 2021.

4. The Debtor Attorney agreed to an extension of time to file a complaint objecting to discharge for an additional sixty (60) days.

5. The Trustee requests an additional sixty (60) days to file a complaint objecting to discharge until March 10, 2021.

6. F.R.B.P. 4004(b) allows an extension of time to file a complaint objecting to discharge if a party in interest files a motion requesting an extension of time before the time expires.

WHEREFORE, the trustee moves this Court to enter its order as follows: (a) granting this motion; (b) extending the time for the trustee to file a complaint objecting to discharge until March 10, 2021; and (c) for such further relief as this Court deems just and reasonable.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first-class United State Mail, postage prepaid, or via electronic file transfer this December 30, 2020, to Debtor(s) Jason Jerome Asa, 2501 Kissam Ct., Orlando, FL 32809, Debtor Attorney, Aldo G Bartolone, Jr, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801; and to the Office of the United States Trustee, via ECF.

/s/Arvind Mahendru
Arvind Mahendru
5703 Red Bug Lake Rd. #284
Winter Springs, FL 32708
(407) 504-2462